*Motion GRANTED.*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:12cr00018-2 |
| | ) Judge Aleta A. Trauger |
| [2] CONNIE RENA STANTON, | ) |
| | ) |

## MOTION FOR AN ORDER OF FORFEITURE
## CONSISTING OF A $692,226.34
## UNITED STATES CURRENCY  MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves, based upon the Court's acceptance of Defendant Connie Rena Stanton's plea of guilty to Counts 1, 8, 10, 27 and 28 of the Indictment, for an Order of Forfeiture consisting of $692,226.34 United States currency Money Judgment against Defendant Connie Rena Stanton.

A memorandum of law and facts is filed in support of this motion.  Additionally, a proposed Order is attached hereto for the Court's convenience.

    Respectfully submitted,
    JERRY E. MARTIN
    United States Attorney

    By:   /s Debra Teufel Phillips
    DEBRA TEUFEL PHILLIPS
    Assistant U.S. Attorney
    110 Ninth Avenue South,  Suite A-961
    Nashville, Tennessee 37203
    Telephone: 615  736-5151
    Facsimile:   615 736-5323